IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**LAQUAVIOUS SENTREL ROGERS**                                           **PLAINTIFF**

**v.**                                                  **No. 1:20CV156-RP**

**HEAD NURSE JUDY SMITH**
**MEDICAL**
**LEE COUNTY**                                                        **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day: (1) Defendant "Medical" is **DISMISSED** with prejudice from this case, and (2) The plaintiff's claims regarding denial of medical care and harsh general conditions of confinement against defendants Head Nurse Judy Smith and Lee County, Mississippi will **PROCEED**.

**SO ORDERED**, this, the 2nd day of November, 2020.

                                                                        /s/ Roy Percy
                                                                        UNITED STATES MAGISTRATE JUDGE