IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**LAQUAVIOUS SENTREL ROGERS**                                      **PLAINTIFF**

v.                                                                                             No. 1:20CV156-RP

**HEAD NURSE JUDY SMITH**
**MEDICAL**
**LEE COUNTY**                                                                            **DEFENDANTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On August 25, 2020, the court entered an order requiring the plaintiff to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, as the court received mail returned from address the plaintiff provided to the court. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 24th day of August, 2021.

                                                                      /s/ Roy Percy
                                                                      UNITED STATES MAGISTRATE JUDGE